

SO ORDERED.
SIGNED this 1st day of November, 2021

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

/s/ Suzanne H. Bauknight
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF TENNESSEE

IN RE:     LORRAINE NMI BROWN                    #16-31554-SHB
                                                  Chapter 13

ORDER

US Bank Trust National, as Trustee Of Igloo Series IV Trust having filed a response in agreement with the Chapter 13 Trustee's Notice of Final Cure as required by Federal Bankruptcy Rule 3002.1(g); it is hereby

**ORDERED** that the debtor(s)' mortgage loan serviced by US Bank Trust National, as Trustee Of Igloo Series IV Trust is hereby deemed current through the month of August 2021.

# # #

APPROVED FOR ENTRY:

s/Gwendolyn M. Kerney, w/perm ml
GWENDOLYN M. KERNEY, #7280
Chapter 13 Trustee
P O Box 228
Knoxville, TN.  37901
865-524-4995