Fill in this information to identity the case:

Debtor 1  Lorraine nmi Brown

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern   District of Tennessee
(State)

Case number  3:16-bk-31554-SHB

Form 4100R
# Response to Notice of Final Cure Payment    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust

**Court claim no.** (if known): 9-1

**Last 4 digits** of any number you use to identify the debtor's account: 1 8 1 6

**Property address:** 1807 Laurans Ave
Number    Street

Knoxville    TN    37915
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 10 / 01 / 2021
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total.** Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:  ___ / ___ / ___
MM / DD / YYYY

Form 4100R    Response to Notice of Final Cure Payment    page 1

| Debtor 1 | Lorraine nmi Brown | Case number (if known) 3:16-bk-31554-SHB |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.
■ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

| | ✗ /s/ D. Anthony Sottile | Date | 10 / 4 / 2021 |
|---|---|---|---|
| | Signature | | |

| Print | D. Anthony Sottile | Title | Authorized Agent for Creditor |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

| Company | Sottile and Barile, LLC |
|---|---|

If different from the notice address listed on the proof of claim to which this response applies:

| Address | 394 Wards Corner Road, Suite 180 |
|---|---|
| | Number       Street |

| | Loveland | OH | 45140 |
|---|---|---|---|
| | City | State | ZIP Code |

| Contact phone | ( 513 ) 444 – 4100 | Email | bankruptcy@sottileandbarile.com |
|---|---|---|---|

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| In Re: | Case No. 3:16-BK-31554-SHB |
| Lorraine nmi Brown | Chapter 13 |
| Debtor. | Judge Suzanne H. Bauknight |

## CERTIFICATE OF SERVICE

I certify that on October 4, 2021, a copy of the foregoing Response to Notice of Final Cure Payment was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Richard M. Mayer, Debtor's Counsel
    mayerandnewton@mayerandnewton.com

    John P. Newton, Jr., Debtor's Counsel
    mayerandnewton@mayerandnewton.com

    Gwendolyn M Kerney, Chapter 13 Trustee
    ecfknoxville@trustee13.com

    Office of the United States Trustee
    ustpregion08.kx.ecf@usdoj.gov

I further certify that on October 4, 2021, a copy of the foregoing Response to Notice of Final Cure Payment was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Lorraine nmi Brown, Debtor
    1807 Laurans Avenue
    Knoxville, TN 37915

| | |
|---|---|
| Dated: October 4, 2021 | /s/ D. Anthony Sottile |
| | D. Anthony Sottile |
| | Sottile & Barile, LLC |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |